UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-116M |
| | : | |
| Jaime Pacheco-Alvarado | : | |
| | : | |
| Defendant. | : | |
| | : | |

## SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of Eleni Kousoulis, Esquire as attorney of record and enter the appearance of Christopher S. Koyste, Esquire as attorney on behalf of Defendant, Jaime Pacheco-Alvarado, in the above-captioned matter.

　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　ELENI KOUSOULIS, ESQUIRE


　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　CHRISTOPHER S. KOYSTE, ESQUIRE
　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　First Federal Plaza
　　　　　　　　　　　　　　　704 King Street, Suite 110
　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　Attorney for Defendant Jaime Pacheco-Alvarado

DATED: October 13, 2006

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-116M |
| Jaime Pacheco-Alvarado | : | |
| Defendant. | : | |

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

**PLEASE** withdraw the appearance of Eleni Kousoulis, Esquire as attorney of record and enter the appearance of Christopher S. Koyste, Esquire as attorney on behalf of Defendant, Jaime Pacheco-Alvarado, in the above-captioned matter.

/s/
ELENI KOUSOULIS, ESQUIRE


/s/
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza
704 King Street, Suite 110
Wilmington, DE 19801
Attorney for Defendant Jaime Pacheco-Alvarado

DATED: October 13, 2006

**CERTIFICATE OF SERVICE**

The undersigned attorney for defendant Jaime Pacheco-Alvarado, hereby certifies that a copy of Defendant's Substitution of Counsel and Entry of Appearance is available for public viewing and downloading and was electronically delivered on October 13, 2006, to:

Sophie E. Bryan
Assistant United States Attorney
Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046


/s/
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza
704 King Street, Suite 110
Wilmington, DE 19801
Attorney for Defendant Jaime Pacheco-Alvarado

DATED: October 13, 2006

**CERTIFICATE OF SERVICE**

The undersigned attorney for defendant Jaime Pacheco-Alvarado, hereby certifies that a copy of Defendant's Substitution of Counsel and Entry of Appearance is available for public viewing and downloading and was electronically delivered on October 13, 2006, to:

Sophie E. Bryan
Assistant United States Attorney
Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

/s/
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza
704 King Street, Suite 110
Wilmington, DE 19801
Attorney for Defendant Jaime Pacheco-Alvarado

DATED:  October 13, 2006